PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
JASON P. PERRY, Special Assistant United States Attorney (#8669)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
-8 AUG 01 PM 4:55
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | VIOLATION of 18 U.S.C. § 2422(b) |
| vs. | : | |
| MARK EDWARD THOMAS, | : | COERCION AND ENTICEMENT FOR ILLEGAL SEXUAL ACTIVITY |
| Defendant. | : | |
| | : | 2:01 CR 00458 ST |

The Grand Jury charges:

**COUNT I**

On or about July 25, 2001, in the Central Division of the District of Utah,

MARK EDWARD THOMAS,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of eighteen

years, to engage in any sexual activity for which a person can be charged with a criminal offense, or attempted to so persuade, induce, entice or coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
MICHELE M. CHRISTIANSEN
JASON P. PERRY
Assistant United States Attorney