FILED
CLERK, U.S. DISTRICT COURT
-4 FEB 02 PM 1:59
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Lee C. Rasmussen (5133)
**RASMUSSEN & MINER**
Attorney for Defendant
42 Exchange Place
Salt Lake City, Utah 84111
(801) 363-8500
FAX 363-5210

# UNITED STATES DISTRICT COURT
## CENTRAL DIVISION, DISTRICT OF UTAH.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK EDWARD THOMAS,<br><br>Defendant. | DEFENDANT's POSITION REGARDING PRESENTENCE REPORT<br><br>Case No. 01:CR458ST<br>Judge: Ted Stewart |

Defendant, by and through counsel, after having review the Presentence report of Karl Richins, U.S. Probation Officer, District of Utah, finds no factual inaccuracies that will impact the sentencing factors in the instant matter,

Dated this 31st day of January 2001

Lee C. Rasmussen
Attorney for Defendant



## MAILING CERTIFICATE

I certify that on this the 1st day of Feb. 2002, a true and correct copy of the foregoing DEFENDANT's POSITION REGARDING PRESENTENCE REPORT was mail first class, postage prepaid to:

Michele M. Christiansen
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506

Karl Richins
U.S. Probation Office
United States District Court
350 South Main Street
Salt Lake City, Utah 84111

*RASMUSSEN & MINER*