United States Probation Office
for the District of Utah

# Report on Offender Under Supervision

Name of Offender: **Mark Edward Thomas**          Docket Number: **2:01-CR-00458-001-TS**

Name of Sentencing Judicial Officer:   **Ted Stewart**
                                        **United States District Judge**

Date of Original Sentence: **February 26, 2002**

Original Offense:          **Coercion and Enticement for Illegal Sexual Activity**

Original Sentence:         **36 Months Probation**

Type of Supervision:       **Probation**                    Supervision Began: **February 26, 2002**

## SUMMARY

The Department of Corrections for the state of Utah has requested that the Presentence Report for the above-named defendant be released to ensure the defendant's compliance with sex offender registration requirements.

If the Court desires more information or another course of action, please contact me at (801) 535-2792.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Hugh D. Watt
U.S. Probation Officer
Date: March 11, 2009


THE COURT:
[X]  Approves the request noted above
[ ]  Denies the request noted above
[ ]  Other

_____
Ted Stewart
United States District Judge

Date: 3/12/09